## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**CHARLES N. HODGE**
**Reg. #12114-074**                                                    **PETITIONER**

v.                              **No. 2:14-cv-106-DPM–BD**

**C.V. RIVERA, Warden,**
**FCI-Forrest City**                                          **RESPONDENT**

### ORDER

Hodge petitions again for habeas relief.  His petition, however, echoes the claims previously dismissed by this Court in Hodge's previous petition. *Hodge v. Haynes*, 2:13-cv-5-DPM-BD.  After *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Deere's recommendation, № 8, and overrules Hodge's objection, № 10, which the Court accepts as timely.  No certificate of appealability from this Order or the related Judgment will issue. 28 U.S.C. 2253(c).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*10 December 2014*