IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES N. HODGE
Reg. #12114-074                                                  PETITIONER

v.                              No. 2:14-cv-106-DPM

C.V. RIVERA, Warden,
FCI-Forrest City                                                 RESPONDENT

JUDGMENT

Hodge's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2014